OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 17. 2015

U.S. POSTAGE ≫ PITNEY BOWES

PRESORTED
FIRST CLASS

WR-83,380-07

Abel Acosta, Clerk

6/17/2015
HAINES, RODNEY STEVE   Tr. Ct. No. A05-215-1
This is to advise that the Court has denied without written order the application for
writ of habeas corpus.

RODNEY STEVE HAINES
TERRELL UNIT - TDC # 1347790
1300 FM 655
ROSHARON, TX 77583

REF